1
2
3
4            IN THE UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF MISSISSIPPI
5                      JACKSON DIVISION
6
7
8

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION | ) ) ) ) |
| This document relates to: | ) ) |
| JOHN MCGUFFEE | ) Case No. 3:01-cv-00528-HTW |
| Plaintiff, | ) ) |
| vs. | ) ) |
| | ) [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |
| BAYER CORPORATION | ) ) (formerly part of *John McGuffee, et al. v. Bayer Corporation, et al.*) |
| Defendant, | ) ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court upon the parties' Stipulation of Dismissal with Prejudice. Based upon the parties' stipulation, which has been agreed to and signed by counsel for all parties to this action, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii):

[Proposed] Order of Dismissal With Prejudice

- 1 -

Watkins & Eager PLLC
P. O. Box 650
Jackson, MS 39205
(601) 948-6470

121085v1

1
2         IT IS HEREBY ORDERED THAT the severed case of *John McGuffee v. Bayer*
3  *Corporation,* formerly part of *John McGuffee, et al. v. Bayer Corporation, et al., Case No. 3:01-cv-*
4  *00528-HTW* is dismissed with prejudice as to all defendants, with each party to bear its own costs.
5
6
7         Dated this 29th day of December, 2005.

8                                                     s/ HENRY T. WINGATE
                                                      Chief United States District Judge
9

10
   cc:   All Counsel of Record
11

12  Presented by:

13  Watkins & Eager PLLC

14  By /s/ C. Joyce Hall
       C. Joyce Hall
15     Attorney for Defendant Bayer Corporation

16
    Cory Watson Crowder & Degaris
17
    By /s/ Leila H. Watson
18     Leila H. Watson
       Attorney for Plaintiff
19

20

21

22

23

[Proposed] Order of Dismissal With
Prejudice                                    - 2 -

Watkins & Eager PLLC
P. O. Box 650
Jackson, MS 39205
(601) 948-6470

121085v1